UNITED STATES of America,
Plaintiff–Appellee,

v.

Tammy L. ELLIS, Defendant–
Appellant.

No. 06–12352
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2007.

Angela B. Wright, Tampa, FL, for De-fendant–Appellant.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Angela B. Wright, counsel for Tammy L. Ellis, in this direct criminal appeal, has moved to withdraw from further represen-tation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire rec-ord reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Ellis's conviction and sen-tence are **AFFIRMED.**